UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAWN DALE NANEZ,

Plaintiff,

v.

TELA SIGSWORTH Health Services Administrator SCORE Jail, et al.,

Defendant.

CASE NO. 2:26-cv-02719-TMC-BAT

**ORDER OF DISMISSAL WITH PREJUDICE**

Having reviewed, *de novo*, the Report and Recommendation any objections or responses, and the record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice.

(3) The Clerk shall provide a copy of this Order to Plaintiff.

Dated this 27th day of August, 2026.

TIFFANY M. CARTWRIGHT
United States District Judge